

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00049-CR

**IN RE** Miguel Angel **NAVARRO MOJICA**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: February 15, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED

On January 30, 2023, relator filed a motion to dismiss his petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus. The stay imposed on January 13, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 13058CR, styled *State of Texas v. Miguel Angel Navarro Mojica*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.